# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–26180–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   TUHAP Holdings LLC
   6 Tuniza Ct.
   Old Bridge, NJ 08857

Social Security No.:

Employer's Tax I.D. No.:
   47–2018137

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

The Court having noted that the debtor filed an Amendment to Schedule List of Creditors on or to the List of Creditors on 09/17/2019 , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

1.   A copy of the applicable Notice of Chapter 7 Bankruptcy Case, and

2.   In a Chapter 11 case:

   a)   a copy of the last modified plan and disclosure statement, if any, and

   b)   a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3.   In a Chapter 12 or Chapter 13 case:

   a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

   b)   a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

1.   until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

2.   until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or sixty 60 days from the date of this Order, whichever is later;

3.  until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: September 18, 2019
JAN: vpm

<u>Kathryn C. Ferguson</u>
United States Bankruptcy Judge