Form oscmlfee – oscmlfeev27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                      Case No.:  19−26180−KCF
                                      Chapter:  7
                                      Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    TUHAP Holdings LLC
    6 Tuniza Ct.
    Old Bridge, NJ 08857

Social Security No.:

Employer's Tax I.D. No.:
    47−2018137

---

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO MAKE INSTALLMENT
PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES**

    The Court having noted that:

    ☐    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

    ☑    The debtor filed a List of Creditors on 9/17/2019 that requires the payment of a fee in the amount of $ $31.00, and that the fee has not been received by the Clerk,

    It is hereby ORDERED that:

The debtor or debtor's attorney must appear at a hearing to be held before the Honorable Kathryn C. Ferguson on:

    Date: October 8, 2019
    Time: 02:00 PM
    Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

to show cause why the case should not be dismissed.

    If **all** required fees are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

    Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

    Unless all required fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

Dated: September 18, 2019
JAN: vpm

<u>Kathryn C. Ferguson</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:   
TUHAP Holdings LLC   
    Debtor

Case No. 19-26180-KCF   
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 18, 2019   
                         Form ID: oscmlfee     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
```
db             +TUHAP Holdings LLC,    6 Tuniza Ct.,    Old Bridge, NJ 08857-1847
aty            +Ray Raya,    55 Cornell Court,    Freehold, NJ 07728-5381
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2019 23:47:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****   
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.   
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                                                 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:
```
              Andrea Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrew P. Zacharda    on behalf of Creditor   World Business Lenders, LLC
               azacharda@tompkinsmcguire.com
              Andrew R. Macklin    on behalf of Creditor George M. Duncan, Jr. arm@njlawfirm.com
              Jeffrey W. Herrmann    on behalf of Creditor George M. Duncan, Jr. jwh@njlawfirm.com,
               ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
              Mercedes Diego    on behalf of Creditor George M. Duncan, Jr. md@njlawfirm.com,  jwh@njlawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```