| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-l(b)<br><br>COHN LIFLAND PEARLMAN<br>HERRMANN & KNOPF LLP<br>Attorneys for Secured Creditor, George M. Duncan, Jr.<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, New Jersey 07663<br>(201)-845-9600 | Order Filed on September 18, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>TUHAP HOLDINGS, LLC | Case No.:  19-26180(KCF)<br><br>Hearing Date:<br><br>Judge:  Kathryn C. Ferguson<br><br>Chapter:  7 |

Recommended Local Form Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDER ED.**

**DATED: September 18, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of  secured creditor George M. Duncan, Jr., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

168 Tennent Road
Marlboro, New Jersey
Block 147/Lot 35 a/k/a Block 37/Lot 31

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriffs sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that a certified copy of this Order may be recorded with the Monmouth County Clerk as proof that the real property referenced above shall not be subjected to any bankruptcy stay for two (2) years from the date hereof pursuant to 11 U.S.C. §362 (d)(4).

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14118*

2

United States Bankruptcy Court
District of New Jersey

In re:  
TUHAP Holdings LLC  
    Debtor

Case No. 19-26180-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Sep 19, 2019  
                 Form ID: pdf903   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2019.  
db         +TUHAP Holdings LLC,   6 Tuniza Ct.,   Old Bridge, NJ 08857-1847  
aty        +Ray Raya,   55 Cornell Court,   Freehold, NJ 07728-5381

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2019 at the address(es) listed below:  
      Andrea Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com  
      Andrew P. Zacharda    on behalf of Creditor   World Business Lenders, LLC  azacharda@tompkinsmcguire.com  
      Andrew R. Macklin    on behalf of Creditor George M. Duncan, Jr. arm@njlawfirm.com  
      Jeffrey W. Herrmann    on behalf of Creditor George M. Duncan, Jr. jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com  
      Mercedes Diego    on behalf of Creditor George M. Duncan, Jr. md@njlawfirm.com, jwh@njlawfirm.com  
      Rebecca Ann Solarz    on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
      TOTAL: 7