| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**McMANIMON,**<br>**SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>609.695.6070<br>*Proposed Attorneys for Chapter 7 Trustee,*<br> *Andrea Dobin* | Order Filed on October 11, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>      TUHAP Holdings LLC,<br><br>                    Debtor. | Case No.:  19-26180<br><br>Judge:  Kathryn C. Ferguson<br><br>Chapter:  7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER AUTHORIZING RETENTION OF MCMANIMON, SCOTLAND & BAUMANN, LLC AS COUNSEL TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 11, 2019**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re: TUHAP Holdings LLC

Case No.: 19-26180 (KCF)

Applicant: Andrea Dobin

☒ Trustee: ☒ Chap. 7  ☐ Chap. 11

☐ Debtor: ☐ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

Professional: McManimon, Scotland & Baumann, LLC

Address: 427 Riverview Plaza
Trenton, NJ 08611

☒ Attorney for:

☒ Trustee  ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee  ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, McManimon, Scotland & Baumann, LLC, to act as counsel for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is the date the Application is filed with the court.