| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**McMANIMON,**<br>**SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*Proposed Attorneys for Chapter 7 Trustee,*<br>*Andrea Dobin* | **Order Filed on October 11, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>TUHAP Holdings LLC,<br><br>Debtor. | Case No.:    19-26180<br><br>Judge:    Kathryn C. Ferguson<br><br>Chapter:    7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER AUTHORIZING RETENTION OF MCMANIMON, SCOTLAND & BAUMANN, LLC AS COUNSEL TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 11, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| In re: | TUHAP Holdings LLC |
| Case No.: | 19-26180 (KCF) |
| Applicant: | Andrea Dobin |

☒ Trustee: ☒ Chap. 7 ☐ Chap. 11

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Professional: McManimon, Scotland & Baumann, LLC

Address: 427 Riverview Plaza
Trenton, NJ 08611

☒ Attorney for:

☒ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, McManimon, Scotland & Baumann, LLC, to act as counsel for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is the date the Application is filed with the court.

United States Bankruptcy Court
District of New Jersey

In re:  
TUHAP Holdings LLC  
    Debtor

Case No. 19-26180-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 15, 2019  
                  Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2019.  
db          +TUHAP Holdings LLC,    6 Tuniza Ct.,    Old Bridge, NJ 08857-1847  
aty         +Ray Raya,    55 Cornell Court,    Freehold, NJ 07728-5381

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2019 at the address(es) listed below:  
       Andrea Dobin    on behalf of Trustee Andrea Dobin adobin@msbnj.com  
       Andrea Dobin    on behalf of Plaintiff Andrea Dobin adobin@msbnj.com  
       Andrea Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com  
       Andrew P. Zacharda    on behalf of Creditor World Business Lenders, LLC azacharda@tompkinsmcguire.com  
       Andrew R. Macklin    on behalf of Creditor George M. Duncan, Jr. arm@njlawfirm.com  
       Denise E. Carlon    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jeffrey W. Herrmann    on behalf of Creditor George M. Duncan, Jr. jwh@njlawfirm.com, ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com  
       Mercedes Diego    on behalf of Creditor George M. Duncan, Jr. md@njlawfirm.com, jwh@njlawfirm.com  
       Michael A. Siravo, IV    on behalf of Plaintiff Andrea Dobin msiravo@msbnj.com, msiravo@trenklawfirm.com  
       Rebecca Ann Solarz    on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                           TOTAL: 11