UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   TUHAP Holdings LLC            Case No.:   19-26180-KCF

Chapter:   7

Judge:   Kathryn C. Ferguson

## NOTICE OF PROPOSED ABANDONMENT

  Andrea Dobin,                              Chapter 7 Trustee      in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on August 25, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no  2 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
168 Tennent Road
Morganville, NJ

Valued at: $700,000.00

Liens on property:

George M. Duncan, Jr.
$513,396.29
Buena Vista Industries, LLC
$175,000.00

Amount of equity claimed as exempt:

$0.00

Objections must be served on, and requests for additional information directed to:

Name:   Andrea Dobin, Trustee

Address:   McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                    Case No. 19-26180-KCF
TUHAP Holdings LLC                                                        Chapter 7
      Debtor                           CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                 Page 1 of 3           Date Rcvd: Jul 24, 2020
                               Form ID: pdf905             Total Noticed: 90


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
db            +TUHAP Holdings LLC,    6 Tuniza Ct.,    Old Bridge, NJ 08857-1847
aty           +Ray Raya,   55 Cornell Court,    Freehold, NJ 07728-5381
cr            +George M. Duncan, Jr.,    c/o Cohn Lifland Pearlman Herrmann,    Park 80 West - Plaza One,
               250 Pehle Ave., Suite 401,    Saddle Brook, NJ 07663,    UNITED STATES 07663-5832
cr            +World Business Lenders, LLC,    120 W. 45th St 29th Floor,    New York, NY 10036-4041
518421803     +Amboy Bank,   3590 S Highway 9,    PO Box 1076,    Old Bridge, NJ 08857-1076
518421908     +Amboy Bank,   Attn: Michael Kahme, Esq. Hill Wallack,    21 Roszel Road,
               Princeton, NJ 08540-6669
518421910     +American Express,    Attn: Zwicker and Associates PC,    1101 Laurel Oak Road Suite 130,
               Voorhees, NJ 08043-4322
518421909     +Amex,   PO Box 981537,    EI Paso, TX 79998-1537
518421911     +Amex DSNB,   PO Box 183084,    Columbus, OH 43218-3084
518465955     +Andrew Bandarovich,    1504 Farrell Court,    Old Bridge, NJ 08857-3448
518465948     +Andrew P. Zacharada, Esq.,    Tompkins, McGuire, et al,    3 Becker Farm Road, 4th Floor,
               Roseland, NJ 07068-1745
518465952     +Andrew R. Macklin, Esq.,    Cohn Lifland Pearlman, et al,    Park 80 West - Plaza One,
               250 Pehle Ave., Suite 401,    Saddle Brook, NJ 07663-5832
518421959     +Bank of Lake Mills,    136 E Madison St.,    Lake Mills, WI 53551-1644
518421956     +CFG Merchant Solutions,    LLC,    85 Broad Street, Floor 18,    New York, NY 10004-2783
518421957     +CFG Merchant Solutions, LLC C/O Robert E. Martini,    11 Hanistown Road,
               Glen Rock, NJ 07452-3319
518421913     +CapFlow Funding Group Managers, LLC,    c/o Robert Martini, Esq.,    11 Harristown Road,
               Glen Rock, NJ 07452-3319
518421912     +CapFlow Funding Group Managers, LLC,    201 Route 17 North, Suite 805,
               Rutherford, New Jersey 07070-2557
518465956     +CapitalPlus Construction Services, LLC,    2510 Solway Rd.,    Knoxville, TN 37931-3009
518421915     +Chase Bank,   Attn: Nationwide Credit Inc,    PO Box 26314,    Lehigh Valley, PA 18002-6314
518465949     +Christian V. McOmber, Esq.,    McOmber & McOmber, P.C.,    54 Shrewsbury Ave.,
               Red Bank, NJ 07701-1176
518421927     +Custom Landscaping and Lawn,    Attn: Transworld  Systems Inc,    507 Prudential Road,
               Horsham, PA 19044-2308
518421928     +Dell Financial Services, LLC,    Attn: ARS National Services Inc.,    PO Box 469046,
               Escondido, CA 92046-9046
518421931     +DiTech Financial LLC,    C/O Brian C. Nicholas, Esq.,    KML Law Group, P.C.,
               216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518421972     +Ditech Financial LLC PO Box 6172,    Rapid City, SD 57709-6172
518465953     +Dominick LaRuffa, III,    237 West 100th Street, Apt 2R,    New York, NY 10025-5373
518421935     +FleetMatics USA,   Attn: Obrien and Taylor,    175 Fairfield Avenue,    PO Box 505,
               West Caldwell, NJ 07007-0505
518421950     +George M. Duncan, Jr.,    C/O  Andrew R Macklin, Esq.,    250 Pahle Avenue, Suite 401,
               SaddleBrook, NJ 07663-5832
518421949     +George M. Duncan, Jr.,    4463 Dewey Drive,    New Port Richey, FL 34652-3112
518465945     +Industrial Steam Cleaning of NJ LLC,    168 Tennent Road,    Morganville, NJ 07751-2649
518465957     +Industrial Stream Cleaning Of NJ,    d/b/a The Greasebusters,    6 Tunica court,
               Old Bridge, NJ 08857-1847
518465959     +JCP&L,   300 Madison Avenue,    Morristown, NJ 07960-6169
518421991     +JCP&L Co.,   Building 3,    311 Newman Springs Rd.,    Red Bank, NJ 07701-5657
518421960     +JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    311 NEWMAN SPRINGS ROAD,
               RED BANK, NJ 07701-5657
518421926     +John McDonough,    John McDonough  Associates, LLC,    Land Use Planning A Landscape  Architect,
               101 Gibraltar Drive, Suite lA,    Morris Plains, NJ 07950-1287
518421925     +Joshua Sewald,    Dynamic Engineering,    1904 Main Street,    Lake Como, NJ 07719-2953
518465954     +Kevin Burns,   40 Embroidery Street,    Sayreville, NJ 08872-1861
518465947     +Kevin M. Burns,    40 Embroidery Street,    Sayreville, NJ 08872-1861
518421937      Kohls Capital One,    Norfolk, VA  23502
518421984     +MCYDSNB,   PO Box 8218,    Mason OH 45040-8218
518421983     +MCYDSNB,   PO Box 183083,    Columbus, OH 43218-3083
518465958     +MIchele Freeman-Salmonese,    6 Tunica Court,    Old Bridge, NJ 08857-1847
518421981     +Macys,   PO Box 9001094,    Louisville, KY 40290-1094
518421982      Macys Dsnb,    911 Duke Blvd,    Mason, OH 45040
518465950     +Monmouth County Sherrif's Office,    50 East Main St.,    Freehold, NJ 07728-2277
518465960      NJ Natural Gas,    1415 Wyckoff Road,    Wall, NJ  07719
518465946      New Jersey Natural Gas,    1415 Wyckoff Road,    Wall, NJ  07719
518421918     +PNC Bank,   222 Delaware Ave.,    Wilmington, DE 19801-1637
518421919      PNC Bank,    Tower At PNC Plaza,    Pittsburgh, PA 19182
518421920      Pittsburgh National Corporation,    Tower At PNC Plaza,    Pittsburgh, PA 19182
518422921     +Progressive Insurance,    Attn: Caine and Weiner,    4101 McEwen Rd.,    Dallas, TX 75244-5112
518421921      Provident National Corporation,    Tower At PNC Plaza,    Pittsburgh, PA 19182
518465951     +Robert E. Martini, Esq,    Martini Law LLC,    11 Harristown Road,    Glen Rock, NJ 07452-3319
518422922     +Rochdale Insurance Co.,    Attn: Bethune Associates,    14425 N. 7th Street,    Suite 201,
               Phoenix, AZ 85022-4389
518421924     +Salvatore Alfieri,    Land Use Attorney-Reco Sarah Paris,    955 State Route 34, Suite 200,
               Matawan, NJ 07747-3202
```

```
District/off: 0312-3            User: admin              Page 2 of 3                       Date Rcvd: Jul 24, 2020
                                Form ID: pdf905          Total Noticed: 90


518422923      +Santander Bank,    Attn: FH Cann and Associates, Inc.,    1600 Osgood St., Ste 202110,
                 North Andover, MA 01845-1048
518423002      +Synchrony Bank PC Richard,    Atn: Portfolio Recovery Associates LLC,    120 Corporate Blvd,
                 Norfolk, Va 23502-4952
518421948     ++++TOYOTA MOTOR CREDIT CORP,    ATTN: CENTRAL CREDIT SERVICES LLC,    2070 LITTLE HILLS EXPY,
                 SAINT CHARLES MO   63301-3708
               (address filed with court:  Toyota Motor Credit Corp,    Attn: Central Credit Services  LLC,
                 20 Corporate Hills Drive,    Saint Charles, MO 63301)
518421961     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,    4 Gatehall Drive Suite 350,
                 Parsippany, NJ 07054-6357)
518421923      Toronto Dominion Banking Corporation,    66 Wellington St. West,    15’11  Floor, TD Tower,
                 Toronto, ON M5K 1A2 Canada
518422031      +Toyota Financial Services,    PO Box 9550,   Cedar Rapids, IA 52409-9550
518421945      +Toyota Financial Services,    PO Box 9550,   Cedar Rapids, lA 52409-9550
518421947      +Toyota Motor Credit,    PO Box 4102,   Carol Stream, IL 60197-4102
518842812      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518421994      +Verizon,    Attn: Receivables Performance Management,    20816 44 Avenue W,
                 Lynnwood, WA 98036-7744
518421963      +WBL SPO 1 LLC,    101Hudson Street 22nd Floor,    Jersey City, NJ 07302-3933
518421990      +William Scotsman Corporate Operations,    901 Bond Street, Suite 600,    Baltimore, MD 21231-3348
518421962      +World Business Lenders LLC,    101 Hudson Street 22nd Floor,    Jersey City, NJ 07302-3933
518421954      +World Business Lenders, LLC,    c/o Christian McOmber,    54 Shrewsbury Avenue,
                 Red Bank, NJ 07701-1113
518421955      +World Business Lenders, LLC,    c/o Robert J. Malloy,,    2 N. Maple Avenue,
                 Marlton, NJ 08053-3008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2020 00:57:34      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2020 00:57:29       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518421929      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 25 2020 00:57:02       Department of the Treasury,
                 Intenal Revenue Service,    PO Box 804527,   Cincinnati, OH 45280-4527
518421932      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 25 2020 00:58:28
                 Drive New Jersey Insurance Company,    Attn: Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
518421933      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 25 2020 00:58:28
                 Farmers Insurance Group,    Attn: Credit Collection  Services,    725 Canton Street,
                 Norwood,  MA 02062-2679
518421934      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 25 2020 00:57:54       First Premier Bank,
                 Attn: Jefferson  Capital Systems LLC,    16 McLeland  Road,   Saint Cloud, MN 56303-2198
518421917       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 25 2020 00:53:39       Chase Card,
                 201 N Walnut Street,    DE11027,   Wilmington, DE 19801
518421916       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 25 2020 00:54:44       Chase Card,
                 PO Box 15298,   Wilmington, DE 19850
518421979       E-mail/Text: bncnotices@becket-lee.com Jul 25 2020 00:56:46      Kohls Capital One,
                 PO Box 3115,   Milwaukee, WI 53201-3115
518421980      +E-mail/Text: bncnotices@becket-lee.com Jul 25 2020 00:56:47      Kohls Capone,    PO Box 2983,
                 Milwaukee, WI 53201-2983
518421936      +E-mail/Text: bncnotices@becket-lee.com Jul 25 2020 00:56:47      Kohls Capone,
                 N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
518421985      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 01:06:54
                 Portfolio Recovery Ass,    120 Corporate Blvd,   Ste 100,    Norfolk, VA 23502-4952
518421986      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 01:07:16
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
518421940       E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:54:39      Syncb Care Credit,
                 PO Box 965036,   Orlando, FL 32896-5036
518421939      +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:54:39      Syncb Care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
518421941      +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:53:35      Syncb Pc Richard,    PO Box 965036,
                 Orlando, FL 32896-5036
518421938      +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:53:36      Synchrony Financial,
                 PO Box 960061,   Orlando, FL 32896-0061
518421922       E-mail/Text: bankruptcy@td.com Jul 25 2020 00:57:36      TD Bank NA,    1701 Route 70 East,
                 Cherry Hill, NJ 08034
518421944      +E-mail/Text: marisa.sheppard@timepayment.com Jul 25 2020 00:57:45       Timepayment Corp,
                 10M Commerce Way,    Woburn, MA 01801-8000
518421942      +E-mail/Text: marisa.sheppard@timepayment.com Jul 25 2020 00:57:45       Timepayment Corp,
                 1600 District Ave,    Suite 200,   Burlington, MA 01803-5233
518563802       E-mail/Text: bankruptcies@willscot.com Jul 25 2020 00:56:03      Williams Scotsman Inc,
                 901 S. Bond St,    STE 600/Bankruptcy,    Baltimore, MD 21231
                                                                                               TOTAL: 21
```

```
District/off: 0312-3           User: admin              Page 3 of 3            Date Rcvd: Jul 24, 2020
                               Form ID: pdf905          Total Noticed: 90


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518421965*    +PNC Bank,    222 Delaware Ave,    Wilmington, DE 19801-1637
518421966*     PNC Bank,    Tower At PNC Plaza,    Pittsburgh,PA 19182
518422025*     Syncb Care Credit,    PO Box 965036,    Orlando, FL 32896-5036
518422024*    +Syncb Care Credit,    950 Forrer Blvd,    Kettering, OH 45420-1469
518422026*    +Syncb Pc Richard,    PO Box 965036,    Orlando, FL 32896-5036
518422023*    +Synchrony Financial,    PO Box 960061,    Orlando, FL 32896-0061
518422033*  ++++TOYOTA MOTOR CREDIT CORP,    ATTN: CENTRAL CREDIT SERVICES LLC,    2070 LITTLE HILLS EXPY,
               SAINT CHARLES MO 63301-3708
              (address filed with court: Toyota Motor Credit Corp,    Attn: Central Credit Services  LLC,
                20 Corporate Hills Drive,    Saint Charles, MO 63301)
518422029*    +Timepayment Corp,    10M Commerce Way,    Woburn, MA 01801-8000
518422027*    +Timepayment Corp,    1600 District Ave,    Suite 200,    Burlington, MA 01803-5233
518422028*    +Timepayment Corp,    1600 District Ave,    Suite 200,    Burlington, MA 01803-5233
518422030*    +Toyota Financial Services,    PO Box 9550,    Cedar Rapids, lA 52409-9550
518422032*    +Toyota Motor Credit,    PO Box 4102,    Carol Stream, IL 60197-4102
518421995    ##+Attn: Receivables Performance Mgmnt, LLC,    20816 44th Avenue W.,    Lynnwood, WA 98036-7744
518421930    ##+Ditech Financial LLC,    PO Box 6172,    Rapid City, SD 57709-6172
                                                                                  TOTALS: 0, * 12, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2020 at the address(es) listed below:
          Andrea Dobin    on behalf of Plaintiff Andrea Dobin adobin@msbnj.com
          Andrea Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
          Andrea Dobin    on behalf of Trustee Andrea Dobin adobin@msbnj.com
          Andrew P. Zacharda    on behalf of Creditor   World Business Lenders, LLC
           azacharda@tompkinsmcguire.com
          Andrew R. Macklin    on behalf of Creditor George M. Duncan, Jr. arm@njlawfirm.com
          Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeffrey W. Herrmann    on behalf of Creditor George M. Duncan, Jr. jwh@njlawfirm.com,
           ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
          Mercedes Diego    on behalf of Creditor George M. Duncan, Jr. md@njlawfirm.com, jwh@njlawfirm.com
          Michael A. Siravo, IV    on behalf of Plaintiff Andrea Dobin msiravo@msbnj.com,
           msiravo@trenklawfirm.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```